

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00150-CV

| | | |
|---|---|---|
| In the Interest of A.C.-D.R., a child | § | From the 323rd District Court |
| | § | of Tarrant County (323-95550-J11) |
| | § | November 27, 2013 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT ON REHEARING

After considering the Appellant's motion for rehearing, we deny the motion. We withdraw our October 10, 2013 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Ann Dauphinot